UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

SHEILA SMALLS,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, C.O. EBONY SIMONS, Shield No. 18573, Individually and in her Official Capacity, C.O. S. DAVIES, Shield No. 13893, and C.O.'s "JOHN DOE" #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                      Defendants.
------------------------------------------------------------------- X

**ORDER**

13 CV 8006 (DLC) (GWG)

**DENISE L. COTE, United States District Judge:**

Upon the application of defendants for leave to take the deposition of non-party, Jerome Delfyette, an inmate, and the Court having granted leave for the taking of this non-party's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of Gouverneur Correctional Facility, located in Gouverneur, New York, produce inmate Jerome Delfyette, Inmate No. 12-R-0466 within Gouverneur Correctional Facility, for the taking of his deposition by defendants' attorney via video conference link with the United States District Court for the Southern District of New York on Monday, August 18, 2014, commencing at 10:00 A.M., until completion, and such other dates as may be necessary; and (2) that inmate Jerome Delfyette, Inmate No. 12-R-0466, appear in such place as designated by the Superintendent or other official in charge of Gouverneur Correctional Facility so that his deposition may be taken.

Dated: New York, New York
       August __7__, 2014

SO ORDERED

_____
DENISE COTE
United States District Judge